United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Gamehancement LLC,** | Case No. 4:23-cv-04691 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Preventice Solutions, Inc.,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

Signed on April 29, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge